Robert A. Piering, Esq.    (Space Below For Filing Stamp Only)
State Bar No.: 166858
Law Offices of ROBERT A. PIERING
455 Capitol Mall, Suite 350
Sacramento, CA 95814
Telephone (916)446-1944
Facsimile (916)446-1222
Attorneys for Plaintiff

JOSHUA GOODMAN, Esq.
State Bar No: 116576
ZACHARY TOLSON, Esq.
State Bar No: 242824
Jenkins, Goodman, Neuman & Hamilton
417 Montgomery Street, 10th Floor
San Francisco, CA 9410
Telephone (415) 705-0400
Facsimile (415) 705-0411
Attorneys for Defedants

**UNITED STATES DISTRICT COURT FOR**

**THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO**

| | |
|---|---|
| JOHN KREZEK,<br><br>    Plaintiff,<br><br>vs.<br><br>HOME DEPOT, INC., et al.,<br><br>    Defendants. | Civil Action No. 2:08-CV-01570-JAM-GGH<br><br>STIPULATION AND ORDER EXTENDING DATE FOR EXCHANGE OF EXPERT WITNESS DISCLOSURES |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that disclosure of expert witnesses for plaintiff under Fed. R. Civ. P. 26(a)(2) shall be and is hereby extended to June 15, 2009. The defense expert witnesses disclosures under Fed. R. Civ. P. 26(a)(2) shall be and is hereby extended to July 15, 2009. Disclosure of rebuttal experts shall be made by the parties no later than August 15, 2009.

Good cause exists for this extension because the parties are

Piering Law Firm
455 Capitol Mall
Suite 350
Sacramento, CA 95814
(916) 446-1944

STIPULATION AND ORDER EXTENDING DATE OF EXPERT WITNESS DISCLOSURE

1

engaged in discussing a resolution of this case and the continuance of expert witness disclosure will assist the parties towards achieving that goal.

Dated: April 23, 2009                    PIERING LAW FIRM


                                         By:__/s/_____
                                            ROBERT A. PIERING
                                            Attorney for Plaintiff

Dated: April ___, 2009                   JENKINS, GOODMAN NEUMAN &
                                         HAMILTON, LLP


                                         By:_____
                                            JOSHUA GOODMAN
                                            ZACHRY TOLSON
                                            Attorneys for Defendant
                                            Home Depot


    IT IS SO ORDERED that expert witness disclosure shall be and is hereby extended to June 15, 2009 for plaintiff and July 15, 2009 for the defendants.

Dated: April 27, 2009                    /s/ John A. Mendez_____  _____
                                         Honorable John A. Mendez

///

Piering Law Firm
455 Capitol Mall
Suite 350
Sacramento, CA 95814
(916) 446-1944

STIPULATION AND ORDER EXTENDING DATE OF EXPERT WITNESS DISCLOSURE
2