JOSHUA S. GOODMAN, ESQ. (SBN 116576)
ZACHARY S. TOLSON, ESQ. (SBN 242824)
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone:   (415) 705-0400
Facsimile:   (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| JOHN KREZEK, | Case No. 2:08-cv-01570-JAM-GGH |
|---|---|
| Plaintiff, | STIPULATION FOR DISMISSAL |
| vs. | |
| HOME DEPOT U.S.A., INC., et al. | |
| Defendants. | |

Pursuant to FED.R.CIV.PRO. 41(a)(ii) it is hereby stipulated and agreed that Plaintiff JOHN KREZEK hereby voluntarily dismisses the above-captioned case with prejudice, in entirety, each party to bear their own costs.

DATED: July _____, 2009          PIERING LAW FIRM

                                 By: _____
                                    ROBERT A. PIERING
                                    Attorneys for Plaintiff, JOHN KREZEK

DATED: July _____, 2009          JENKINS GOODMAN NEUMAN & HAMILTON LLP

                                 By: _____
                                    ZACHARY S. TOLSON
                                    Attorneys for Defendant, HOME DEPOT U.S.A., INC.

**IT IS SO ORDERED.  ALL FUTURE HEARINGS ARE VACATED.**


DATED: August 20, 2009           /s/ John A. Mendez_____
                                 UNITED STATES DISTRICT COURT JUDGE
                                 THE HONORABLE JOHN A. MENDEZ

-1-
STIPULATION FOR DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com